UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT, INC.,

      Plaintiff

  v.

DEPARTMENT OF HOMELAND
SECURITY,

      Defendant.

Civil Action No. 23-2662 (RDM)

## MOTION TO MODIFY PROCESSING ORDER

Defendant, the U.S. Department of the Homeland Security, respectfully moves the Court for entry of a revised processing schedule for Plaintiff, Project on Government Oversight, Inc.'s request for records under the Freedom of Information Act ("FOIA"). As grounds for the relief requested, Defendant states as follows:

1. On December 20, 2023, the Court ordered Defendant to process Plaintiff's FOIA requests seeking all of Defendant's use of force records produced prior to and as of February 28, 2017, at a rate of 750 pages per month. *See* Min. Or. of Dec. 20, 2023.

2. Subsequently, on June 28, 2024, the Court advised Defendant that "[i]f the Defendant seeks relief from this Court in the form of a lower monthly processing rate, the Defendant should file a motion with the Court requesting such relief and it should support that motion with a declaration explaining in detail why it believes that the current processing rate is unduly onerous." *See* Min. Or. of Jun. 28, 2024.

3. Thus, at this time, Defendant respectfully requests that the Court amend the processing schedule of December 20, 2023, and order that Defendant need only process Plaintiff's aforesaid FOIA request at a rate of 500 pages per month.

4. Consistent with prior instructions provided by the Court, Defendant attaches a declaration in support of its motion explaining in detail why the current processing schedule is unduly onerous. *See generally* Howard Decl.

5. Pursuant to Local Civil Rule 7(m), Defendant consulted with Plaintiff regarding the relief sought in this motion on September 9, 2024, and Plaintiff opposes the relief sought herein.

WHEREFORE, Defendant respectfully requests that the Court reduce the processing rate for Plaintiff's FOIA request from 750 pages per month to 500 pages per month. A proposed order is enclosed herewith.

Dated: September 20, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Fithawi Berhane*
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street N.W.
    Washington D.C. 20530
    Telephone: (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*